IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR-09-65-S-BLW |
| Plaintiff, ) | |
| ) | **ORDER OF RELEASE** |
| v. ) | |
| ) | |
| JEFFREY RAY KOEPNICK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court has before Defendant's Motion to Reconsider Order of Detention (Docket No. 33). The Government does not oppose the motion, and the Court finds good cause to grant the motion. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that Defendant Jeffrey Ray Koepnick be released from custody immediately.

IT IS FURTHER ORDERED that the defendant's release is subject to the following conditions:

1. The defendant must report to Pretrial Services no later than Monday, August 24, 2009. He may contact Pretrial Services by calling Tim Messuri at (208) 334-9110.

**Order of Release - Page 1**

2. The defendant shall reside with his father, James Koepnick, at 3616 Mt. Olympus, Twin Falls, Idaho 83301. James Koepnick shall act as third-party custodian for Jeffrey Koepnick.

3. The defendant shall not possess any firearms or other dangerous weapons.

IT IS FURTHER ORDERED that the Clerk of the Court serve this Order on the United States Marshal as well as the parties in this matter.

DATED: **August 21, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order of Release - Page 2**